■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN P. CZOSNYKA, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Cattaraugus County Court, Sprague, J.—attempted robbery, first degree, and another offense.) Present—Callahan, J. P., Doerr, Green, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESLEY PRIMO, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Motion granted and appeal dismissed as moot. (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—habeas corpus.) Present— Callahan, J. P., Doerr, Green, Lawton and Davis, JJ.

■ ST. PAUL FIRE & MARINE INSURANCE COMPANY, Appellant, v CYRIL J. WARRILOW, Respondent.—Judgment unanimously affirmed with costs for reasons stated at Special Term, Wolfgang, J. (Appeal from judgment of Supreme Court, Erie County, Wolfgang, J.—declaratory judgment.) Present—Callahan, J. P., Doerr, Green, Lawton and Davis, JJ.